FILED

2019 JUN 11 PM 3:46

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 8:19-cr-250-T19-CPT

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)

SHACARA BRYANT, and
QUENTON MILES

### INDICTMENT



The Grand Jury charges:

### COUNT ONE

Beginning on an unknown date, but not later than on or about March 18, 2019, and continuing through on or about the present, in the Middle District of Florida, the defendants,

SHACARA BRYANT and
QUENTON MILES,

did knowingly and willfully conspire with each other and other persons, both known and unknown to the Grand Jury, to possess with intent to distribute and distribute a controlled substance.

With respect to SHACARA BRYANT, the violation involved a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, and 28 grams or more of a mixture and substance

containing a detectable amount of cocaine base ("crack cocaine"), a Schedule II controlled substance.

With respect to QUENTON MILES, the violation involved a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, and a mixture and substance containing a detectable amount of cocaine base ("crack cocaine"), a Schedule II controlled substance.

All in violation of 21 U.S.C. §§ 846, 841(b)(1)(B), and 841(b)(1)(C).

## COUNT TWO

On or about March 18, 2019, in the Middle District of Florida, the defendants,

SHACARA BRYANT and
QUENTON MILES,

aiding and abetting each other, did knowingly and intentionally distribute and possess with intent to distribute a controlled substance. The violation involved a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C), and 18 U.S.C. § 2.

## COUNT THREE

On or about April 4, 2019, in the Middle District of Florida, the defendant,

SHACARA BRYANT,

aiding and abetting others unknown to the Grand Jury, did knowingly and intentionally distribute and possess with intent to distribute a controlled substance. The violation involved a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, and 28 grams or more of a mixture and substance containing a detectable amount of cocaine base ("crack cocaine"), a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), and 841(b)(1)(C), and 18 U.S.C. § 2.

## COUNT FOUR

On or about May 29, 2019, in the Middle District of Florida, the defendants,

SHACARA BRYANT and
QUENTON MILES,

aiding and abetting each other, did knowingly and intentionally distribute and possess with intent to distribute a controlled substance. The violation involved a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, and a mixture and substance containing a detectable amount of cocaine base ("crack cocaine"), a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C), and 18 U.S.C. § 2.

## FORFEITURE

1. The allegations contained in Counts One through Four above are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 21 U.S.C. § 853.

2. Upon conviction of a violation of 21 U.S.C. § 841(a)(1) or § 846, the defendants shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3. The property to be forfeited includes, but is not limited to, a black BMW bearing Florida tag DKXX62 and vehicle identification number WBAEH13597CR52142.

4. If any of the property described above, as a result of any acts or omissions of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property, which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
Natalie Hirt Adams
Assistant United States Attorney

By: _____
Christopher F. Murray
Assistant United States Attorney
Chief, Violent Crimes and Narcotics Section

FORM OBD-34
June 19

No. _____

---

# UNITED STATES DISTRICT COURT
## Middle District of Florida
## Tampa Division

---

THE UNITED STATES OF AMERICA

vs.

SHACARA BRYANT, and
QUENTON MILES

---

## INDICTMENT

Violations:   Title 21, United States Code, Section 846
              Title 21, United States Code, Section 841(a)(1)

---

A true bill,



_____
Foreperson

---

Filed in open court this 11th day

of June , 2019.

_____
Clerk

---

Bail $_____

GPO 863 525