UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                                          CASE NO. 8:19-CR-250-T-17CPT

SHACARA BRYANT AND
QUENTON MILES.

_____/

ORDER

This cause is before the Court <u>sua</u> <u>sponte</u>. This cause is set for trial on **Monday, September 9, 2019** at 10:00 a.m. The Court directs the Government and Defendants to confer as to proposed jury instructions and proposed verdict form, and file the following by **Thursday, September 5, 2019**: 1) a package of jury instructions to which all parties stipulate; 2) a package of the Government's proposed jury instructions to which Defendants object, if any; and 3) a package of each Defendant's proposed jury instructions to which the Government objects, if any. If the parties agree on the verdict form, the parties shall file one proposed verdict form. If the parties cannot agree, each party shall file a proposed verdict form.

The parties shall send a copy of all submitted instructions and submitted verdict forms to the Court in a word processing format on or before **Thursday, September 5, 2019**.

The parties shall each file their proposed voir dire on or before **Thursday, September 5, 2019.** Accordingly, it is

Case No. 8:19-CR-250-T-17CPT

**ORDERED** that the parties shall file their proposed jury instructions, verdict form and voir dire in accordance with this Order by **Thursday, September 5, 2019.**

**DONE and ORDERED** in Chambers in Tampa, Florida on this 16th day of August, 2019.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:

All parties and counsel of record