**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| CASE NO.: 8:19-cr-250-T-24CPT | DATE: January 15, 2020 |
|---|---|
| **HONORABLE SUSAN C. BUCKLEW** | **INTERPRETER:** N/A<br>**LANGUAGE:** |
| | **GOVERNMENT COUNSEL**<br>Natalie Adams |
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**QUENTON MILES** | Mark O'Brien, ret. |
| **COURT REPORTER:** Claudia Spangler-Fry | **DEPUTY CLERK:** Sonya Cohn |
| **TIME:** 8:48 – 9:54 a.m.<br>**TOTAL:** 56 mins. | **COURTROOM:** 10B |
| | **PROBATION:** Wilmarisa Martinez |

**PROCEEDINGS:**   CRIMINAL MINUTES – SENTENCING REFORM ACT MINUTES

Court called to order.

Defendant sworn.

Defendant is adjudged guilty on Counts One, Two, & Four of the Indictment.

Defendant addressed the Court.

Defendant's oral motion for downward variance is DENIED.

For the reasons set forth in the record, the Court imposes the following sentence:

Imprisonment: Total term of **TWENTY-FOUR (24) MONTHS** as to each of Counts One, Two, & Four, all such terms to run concurrently.

The Court recommends to the Bureau of Prisons that the defendant:
- Be confined at Pensacola, Florida

Supervised Release: **THIRTY-SIX (36) MONTHS** as to each of Counts One, Two, and Four, all to run concurrently.

Mandatory and Standard terms and conditions apply.

Special conditions of supervised release:

1. The defendant shall participate in a substance abuse program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, the defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Substance Abuse Treatment Services. During and upon completion of this program, the defendant is directed to submit to random drug testing.

2. The defendant shall submit to a search of your person, residence, place of business, any storage units under the defendant's control, computer, or vehicle, conducted by the United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to a search may be grounds for revocation. You shall inform any other residents that the premises may be subject to a search pursuant to this condition.

3. The Defendant shall cooperate in the collection of DNA, as directed by the Probation Officer.

4. The mandatory drug testing requirements of the Violent Crime Control Act are imposed. The Defendant must submit to one drug test within 15 days of placement on supervision and at least two periodic drug tests thereafter as directed by the probation officer. Defendant must submit to random drug testing not to exceed 104 tests per year.

Fine is waived.

Special Assessment: $300.00 to be paid immediately.

Defendant is remanded to the custody of the US Marshal.

Defendant advised of right to appeal and to counsel on appeal.

GUIDELINE RANGE DETERMINED BY THE COURT AT SENTENCING

| | |
|---|---|
| Total Offense Level | 17 |
| Criminal History Category: | I |
| Imprisonment Range | 24-30 months |
| Supervised Release Range | 3 years |
| Restitution: | N/A |
| Fine Range | $10,000-$3,000,000 |

| Special Assessment | $300.00 |

Defendant's Objection to PSR:
Paragraph 22 (Specific Offense Characteristics USSG §2D1.1(b)(1) – government concedes; objection Withdrawn.  Total Offense level will be adjusted.